In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-253 CV


____________________



TOMMY ALLEN GOBER, ET AL., Appellants



V.



CHAD MCCLELLAND, ET AL., Appellees






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-010559-C






MEMORANDUM OPINION (1)


 Appellants Tommy Allen Gober, Clarksville Refrigerated Lines I, Ltd., and
Transport Industries, L.P., have filed a motion to dismiss their appeal. The Court finds
that this motion is voluntarily made by the appellants through their attorney of record prior
to any decision of this Court. Tex. R. App. P. 42.1(a)(1). The Court finds that appellants
Deborah Miller and Harold Sonnay, have also appealed from the judgment. No party has
filed an opposition or other response. It appears that the motion affects a severable portion
of the appeal.

 It is therefore ordered that the motion to dismiss be granted. The appeal of Tommy
Allen Gober, Clarksville Refrigerated Lines I, Ltd., and Transport Industries, L.P., is
severed from the appeal of Deborah Miller and Harold Sonnay and dismissed. Tex. R.
App. P. 42.1(b). All costs of the appeal of Tommy Allen Gober, Clarksville Refrigerated
Lines I, Ltd., and Transport Industries, L.P. are assessed against the incurring party. The
appeal of Deborah Miller and Harold Sonnay shall continue. We direct the Clerk of the
Court to re-style the appeal as Deborah Miller and Harold Sonnay v. Tommy Allen Gober,
Clarksville Refrigerated Lines I, Ltd., and Transport Industries, L.P.

 APPEAL SEVERED AND DISMISSED. 

 

 PER CURIAM


Opinion Delivered September 9, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.